# United States District Court Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| C540 | E 1115543 | BARA | 396 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 03/10/21 1506 | 43 CFR 8341.1(d) |

Place of Offense: GLAMIS FLATS

Offense Description: Factual Basis for Charge: 38601
CVC 38600 — NO HELMOT — UN

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: DARLING-JONSON
First Name: DIONDA

Tag No: 35A97A  State: AZ  Year: —  Make/Model: BURIS/POR  PASS: —  Color: ROO

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 110 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBN
Date: TBN
Time: TBN

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: COVID-19

Original - CVB Copy

*E1115543*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 10, 2021 while exercising my duties as a law enforcement officer in the Southern District of California.

[handwritten narrative]

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/10/2021   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident